BETHEL v. LEAY.

*Appeal from Jasper District Court—Wednesday, December 3.*

ERROR SHOULD BE CORRECTED BELOW.

</div>

THE decision of the court was announced by—

BALDWIN, C. J.— The error assigned is that the service of the original notice was not in the manner directed by the statute. This error,

we think, could have been corrected upon motion in the court below. See Revision of 1860, § 3545. The appeal is, therefore,

Dismissed.

*Seevers & Williams* for the appellant — *Lindley* for the appellee.